IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-01098-REB-MJW

STEVE STUMBO,

Plaintiff(s),

v.

DOUBLE BULL ARCHERY, LLC,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that Plaintiff's Motion to Compel Rule 26(a)(1) Disclosures and Responses to Plaintiff's First Set of Interrogatories, Request for Production of Documents and Requests for Admissions to Defendant, Double Bull Archery, LLC and for Sanctions (docket no. 34) is DENIED. Plaintiff has received responses to all of the above discovery requests. *See* attachments to Defendant's response (docket no. 36). Each party shall pay their own attorney fees and costs for this motion.

Date: May 5, 2008