**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 07-cv-01098-REB-MJW

STEVE STUMBO,

    Plaintiff,

v.

DOUBLE BULL ARCHERY, LLC,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before the court on the parties' **Stipulation To Dismiss Complaint and Counterclaim With Prejudice** [#68] filed October 20, 2008. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that the complaint and counterclaim should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation To Dismiss Complaint and Counterclaim With Prejudice** [#68] filed October 20, 2008, is **APPROVED**;

    2. That the Trial Preparation Conference set for November 12, 2008, is **VACATED**;

    3. That the trial to the court set to commence December 1, 2008, is **VACATED**; and

4. That the complaint and counterclaim are **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated October 20, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**